# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JOSÉ VALENTÍN-MARRERO, et al.**<br><br>**Plaintiffs,**<br><br>v.<br><br>**COMMONWEALTH OF PUERTO RICO, et al.**<br><br>**Defendants** | **CIVIL NO. 18-1286 (RAM)** |

## NOTICE OF APPEAL

**TO THE HONORABLE COURT:**

    **COMES NOW** the Defendants through the undersigned counsel who very respectfully SETS FORTH and PRAYS as follows**:**

    Defendant hereby appeals to the United States Court of Appeals for the First Circuit from the District Court's October 9th, 2020 Amended Opinion and Order (Nunc Pro Tunc) (**Docket No. 279**) which partly denied Defendant's Motion for Summary Judgment (Docket No. 184).

    **WHEREFORE**, appearing Defendants request that the Court take notice of the above.

    I hereby certify that on November 7th, 2020, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court, using the CM/ECF System, which will send notification of such filing to counsel of record.

    **RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 7th day of November 2020.

2 | P a g e

**INÉS DEL CARMEN CARRAU MARTÍNEZ**
Interim Secretary of Justice

**WANDYMAR BURGOS-VARGAS**
Deputy Secretary in Charge of Litigation

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy
spenagaricano@justicia.pr.gov

*S/ Idza Diaz Rivera*
**IDZA DIAZ RIVERA**
U.S.D.C. NO. 223404
Federal Litigation Division
Department of Justice
P.O. Box 9020192
San Juan, P.R., 00902-0192.
Tel. 787-721-2900, Ext. 1421
idiaz@justicia.pr.gov